E-filing

COMPLAINT by A PRISONER UNDER THE CIVIL RIGHT ACT 42 U.S.C. 1983

NAME WILLIE WEAVER

PRISONER NUMBER J-91389

INSTITUTIONAL ADDRESS PELICAN BAY STATE PRISON P.O. BOX 7000
CRESCENT CITY, CA. 95531.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CV 08 1500 JW (PR)

| WILLIE WEAVER (ENTER THE FULL NAME OF THIS PLAINTIFF IN THIS ACTION) VS. PELICAN BAY STATE PRISON LEGAL LAW LIBRARY B-FACILITY SECOND WATCH (ENTER THE FULL NAME OF DEFENDANT(S) IN THIS ACTION | CASE NO. _____ TO BE PROVIDED BY THE CLERK OF COURT) COMPLAINT UNDER THE CIVIL RIGHT ACT 42 U.S.C 1983 |

ALL QUESTIONS ON THIS COMPLAINT FORM MUST BE ANSWERED IN ORDER FOR YOUR ACTION TO PROCEED.

1. EXHAUSTION OF ADMINISTRATIVE REMEDIES
NOTE: YOU MUST EXHAUST YOUR ADMINISTRATIVE REMEDIES BEFORE CLAIM CAN GO FORWARD, THE COURT WILL DISSMISS ANY UN EXHAUSTED CLAIMS)

A. PLACE OF PRESENT CONFINEMENT P.S.U.

B. IS THERE A GRIEVANCE PROCEDURE IN THIS INSTITUTION? YES (✓) NO ( )

C. DID YOU PRESENT THE FACTS IN YOUR COMPLAINT FOR REVIEW THROUGH THE APPEAL NUMBER AND THE DATE AND RESULT OF THE

COMPLAINT  - 1 -

APPEAL AT EACH LEVEL OF REVIEW, IF YOU DID NOT PURSUE A CERTAIN LEVEL OF APPEAL EXPLAIN WHY.
1. INFORMAL APPEAL
2. FIRST FORMAL LEVEL

E. IS THE LAST LEVEL TO WHICH YOU APPEALED THE HIGHEST LEVEL OF APPEAL AVAILABLE TO YOU?
YES ( ) NO (✓)

F. IF YOU DID NOT PRESENT YOUR CLAIM FOR REVIEW THROUGH THE GRIEVANCE EXPLAIN WHY.
STILL BEING PROCESSED

II. PARTIES
A. WRITE YOUR NAME AND YOUR PRESENT ADDRESS DO THE SAME FOR ADDITIONAL PLAINTIFFS, IF ANY. WILLIE WEAVER PELICAN BAY STATE PRISON P.O. BOX 7000 CRESCENT CITY, CA. 95531.

B. WRITE THE FULL NAME OF EACH DEFENDANT HIS OR HER OFFICIAL POSITION, AND HIS OR HER PLACE OF EMPLOYMENT.
PELICAN BAY STATE PRISON LAW LIBRARY B-FACILITY SECOND WATCH

COMPLAINT  - 2 -

STATEMENT OF CLAIM
STATE HERE AS BRIEFLY AS POSSIBLE THE FACTS OF YOUR CASE. BE SURE TO DESCRIBE HOW EACH DEFENDANT IS INVOLVED AND HOW TO INCLUDE DATES WHEN POSSIBLE DO NOT GIVE ANY LEGAL ARGUMENTS OR CITE ANY CASES OR STATUTES. IF YOU HAVE MORE THAN ONE CLAIM, EACH CLAIM SHOULD BE SET FORTH IN A SEPARATE NUMBERED PARAGRAPH.

ON 03/02/08 SEND OUT ONE INFORMA PAUPERIS MAIL, WHEN THERE WAS SUPPOSE TO BE FOUR INFORMA PAUPERIS MAIL OUTS. THIS IS HARRASSMENT PENAL CODE SECTION 646.9

CONSPIRACY PENAL CODE SECTION 182. FROM THE LEGAL LAW LIBRARY B-FACILITY. THE DEFENDANTS SHOWED DELIBERATE INDIFERENCE UNDER THE EIGHT AMENDMENT THAT CONSTITUE

IV. RELIEF   CRUEL UNUSUAL PUNISHMENT.
YOUR COMPLAINT CANNOT GO FORWARD UNLESS YOU REQUEST SPECIFIC RELIEF. STATE BRIEFLY EXACTLY WHAT YOU WANT ARE THE COURT TO DO FOR YOU MAKE NO LEGAL ARGUMENTS. CITE NO CASES OR STATUTES.

LIABILITY DAMAGES: 25,000 TWENTY FIVE THOUSAND DOLLARS DUE TO: HARRASSMENT(S), CONSPIRACY(S) U.S. CONSTITUTION VIOLATION, PENAL CODE VIOLATION

PUNITIVE DAMAGES: 25,000 TWENTY FIVE THOUSAND DOLLARS DUE TO: MENTAL ANGUISH, STRESS DISORDER

I DECLARE UNDER PENALTY OF PERJURY THAT THE FURGOING IS TRUE AND CORRECT.

SIGNED THIS ___03___ DAY OF _12_ 20_08_

COMPLAINT      -3-

